UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

RUFUS BROWN, and MARIANNE BROWN,

Plaintiffs,

v.  609CV059

MARCO JAVIER ALVARADO, individually and d/b/a VIC TRANSPORT,

Defendant/Counterclaimant,

v.

Rufus Brown,

Counterdefendant.

## ORDER

The parties in this case have informed the Court that a settlement has been reached, and have requested that the case be dismissed and closed. *See* doc. # 29. Pursuant to their joint motion, Plaintiffs' claims are *DISMISSED WITH PREJUDICE*, and Defendant's counterclaim is *DISMISSED WITHOUT PREJUDICE*. As a result, the case is now *CLOSED*.

This day of 28 June 2010.

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA